**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

FEB 1 2 2008

**ERIC MURPHY,**

Plaintiff,

v.                                                          Civil Action No. **3:07CV774**

**LT. JONES,** *et al.,*

Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on December 31, 2007, the Court conditionally docketed

Plaintiff's 42 U.S.C. § 1983 action. At that time, the Court directed Plaintiff to affirm his

intention to pay the full filing fee by signing and returning a consent to the collection of fees

form. The Court warned Plaintiff that a failure to comply with either of the above directives

within thirty (30) days of the date of entry thereof would result in summary dismissal of the

action.

Plaintiff has not complied with the order of this Court. Plaintiff failed to return a consent

to collection of fees form. As a result, he does not qualify for *in forma pauperis* status.

Furthermore, he has not paid the statutory filing fee for the instant complaint. *See* 28 U.S.C. §

1914(a). Such actions demonstrate a wilful failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

Date: **FEB 1 2 2008**
Richmond, Virginia

                                        /s/
                          **Richard L. Williams**
                          **United States District Judge**